UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VALLADARES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUTNRYWIDE HOME LOAN, INC., et al.<br><br>　　　　Defendants. | Case No.<br>EDCV 13-0720 JGB(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Countrywide Home Loan, Inc., U.S. Bank National Association, Reconstruct Company, Bank of America Home Loan, Mortgage Electronic Registration System, and Bank of America, N.A. are DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated:　July 9, 2013　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge