# JS - 6

# O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VALLADARES, | Case No. EDCV 13-0720-JGB (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| COUNTRYWIDE HOME LOAN, INC., et al., | |
| Defendants. | |

On April 18, 2013, Plaintiff filed his Complaint against ten Defendants. (Doc. No. 1.) Judgment was entered as to Defendants Countrywide Home Loan, Inc., U.S. Bank, N.A., Reconstruct Company, Bank of America Home Loan, Mortgage Electronic Registration System, and Bank of America, N.A. on July 9, 2014. (Doc. No. 15.) Four Defendants remained in the action: Corelogic, Landsafe Title, THR California, LLC, and THR California, LP. No proper proof of service is on file as to any of these Defendants and none have appeared in the case.

On September 1, 2014, the Court issued an order to show cause why the case should not be dismissed for lack

of prosecution, as Plaintiff had failed to file proper proofs of service as to the four Defendants within 120 days of removal. (Doc. No. 31.) Fed. R. Civ. P. 4(m). The Court put Plaintiff on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (Doc. No. 31.)

As of the date of this Order, Plaintiff has not responded to the order to show cause, nor has he filed proof of service as to Defendants.

Accordingly, the Court DISMISSES Defendants Corelogic, Landsafe Title, THR California, LLC, and THR California, LP from Plaintiff's Complaint WITHOUT PREJUDICE. Because there are no remaining Defendants in this action, the Clerk shall close the file. The Court orders that such judgment be entered.

Dated: September 18, 2014

JESUS G. BERNAL
United States District Judge

2